No. 1018. ST. LOUIS SOUTHWESTERN RAILWAY COMPANY, PETITIONER, v. LEWELLEN BROTHERS. April 8, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Roy F. Britton*, *Mr. E. B. Perkins* and *Mr. Samuel H. West* for the petitioner. No appearance for the respondent.

No. 1021. JOSEPH D. SULLIVAN, TRUSTEE, ETC., PETITIONER, v. AARON GOLDMAN. April 8, 1912. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Joseph D. Sullivan* and *Mr. L. P. Loving* for the petitioner. *Mr. Henry E. Davis* and *Mr. Alexander Wolf* for the respondent.

No. 1037. NATIONAL EQUIPMENT COMPANY, PETITIONER, v. GEORGE C. HOLT, UNITED STATES DISTRICT JUDGE, ETC.; No. 1038. JAMES C. KUHN, PETITIONER, v. GEORGE C. HOLT, UNITED STATES DISTRICT JUDGE, ETC.; No. 1039. POWELL'S, A CORPORATION, PETITIONER, v. GEORGE C. HOLT, UNITED STATES DISTRICT JUDGE, ETC.; and No. 1040. JAMES A. McCLURG & SONS, PETITIONERS, v. GEORGE C. HOLT, UNITED STATES DISTRICT JUDGE, ETC. April 8, 1912. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Livingston Gifford* for the petitioners. *Mr. Ferdinand E. M. Bullowa* for the respondent.

No. 1048. HERSCHEL MARTIN BACON, BANKRUPT, PETITIONER, v. BUFFALO COLD STORAGE COMPANY. April 8, 1912. Petition for a writ of certiorari to the